IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00364-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MARTINEZ ORLANDIS BLACK | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant to correct his Judgment, asserting that the offense date should be July 24, 2004. (Doc. No. 27).

The defendant pled guilty to Count Four of the Indictment, charging a violation of 18 U.S.C. § 922(g)(1) on September 22, 2004. (Doc. No. 1: Indictment at 3; Doc. No. 14: Plea Agreement at 1). At sentencing, the defendant also stipulated to his possession of a gun on July 24, 2004, in connection with the killing of Reginald Reid. (Doc. No. 21: Sent. Hr'g Tr. at 12-15). Accordingly, the Judgment lists the correct date, (Doc. No. 18: Judgment at 1), because the Court's reference to July 24, 2004, (Doc. No. 21: Sent. Hr'g Tr. at 22), was to relevant conduct that affected the calculation of the advisory guideline range for the offense of conviction that occurred on September 22, 2004.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: August 6, 2019

Robert J. Conrad, Jr.
United States District Judge