IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00364-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| MARTINEZ ORLANDIS BLACK | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's requests for copies of "all" documents related to his criminal case and civil case under 28 U.S.C. § 2241. (Doc. Nos. 29, 30). The defendant seeks the materials at government expense in anticipation of filing another collateral attack on his sentence pursuant to 28 U.S.C. § 2241 in the district of his confinement.

In order to obtain copies of transcripts at government expense, a defendant must show that he is indigent and that the transcripts "are needed to decide the issue presented by the suit ..." 28 U.S.C. § 753(f). Additionally, a court may order a clerk of court to provide documents to a petitioner who has been granted permission to proceed in forma pauperis on an application for a writ of habeas corpus. 28 U.S.C. § 2250. However, a prisoner is not entitled to free transcripts and documents without a showing of need, merely to comb the record in hopes of discovering some flaw, <u>United States v. Glass</u>, 317 F.2d 200, 202 (4th Cir. 1963), particularly when no appeal is pending and a collateral attack has not been filed, <u>In re O'Kane</u>, 91 F.3d 132, at *1 (4th Cir. June 27, 1996) (unpublished). Here, the defendant's § 2241 motion was denied without prejudice, he has not yet filed his next § 2241, and he has not shown a particularized need for transcripts and documents to decide a pending issue. Therefore, the defendant's requests will be denied.

He may seek, at his own expense, the reproduction of the documents and transcripts from the Clerk of Court at the rate of $.50 per page, paid in advance. 28 U.S.C. § 1914. According to the practice in this District, the defendant must submit the list of requested documents in writing to the Clerk's Office, Charles R. Jonas Federal Building, Room 210, 401 West Trade Street, Charlotte, North Carolina, 28202, and pre-pay by cash, check, or money order payable to Clerk, United States District Court.

**IT IS, THEREFORE, ORDERED** that defendant's requests for documents and transcripts, (Doc. No. 29, 30), are **DENIED**.

Signed: August 31, 2022

Robert J. Conrad, Jr.
United States District Judge